# IN THE SUPREME COURT OF THE STATE OF NEVADA

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE IN TRUST FOR THE REGISTERED HOLDERS OF CITIGROUP MORTGAGE LOAN TRUST, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE3; AND NATIONAL DEFAULT SERVICING CORPORATION, A FOREIGN CORPORATION,
Appellants,
vs.
RJRN HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Respondent.

No. 69457

FILED

JUN 27 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a November 5, 2015, findings of fact, conclusions of law, and order, and from a December 10, 2015, judgment. Eighth Judicial District Court, Clark County; James Crockett, Judge.

When our initial review of the docketing statement revealed a potential jurisdictional defect, we ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it was not clear whether the counterclaims against Spring Mountain Ranch Master Association and Nevada Association Services or the counterclaim for unjust enrichment were resolved such that the district court order or judgment was appealable as a final judgment under NRAP 3A(b)(1). *See Lee v. GNLV, Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000).

In response to our order, appellant has submitted a copy of a stipulation resolving the counterclaims against Spring Mountain Ranch Master Association and Nevada Association Services. Appellants also

16-20055

assert that the counterclaim for unjust enrichment was dismissed in the November 5, 2015, findings of fact and conclusions of law. But that order did not resolve the unjust enrichment claim. Instead, it granted respondent's motion for summary judgment, which did not request summary judgment with respect to the unjust enrichment claim, and denied appellants' motion for summary judgment and request for a continuance. Accordingly, appellants fail to demonstrate that the counterclaim for unjust enrichment was resolved in the district court and thus that the challenged order and judgment are appealable under NRAP 3A(b)(1). We conclude that we lack jurisdiction and

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:  Hon. James Crockett, District Judge
     Wright, Finlay & Zak, LLP/Las Vegas
     The Law Office of Mike Beede, PLLC
     Eighth District Court Clerk